BADIAK & WILL, LLP
Attorneys for Defendant
106 Third Street
Mineola, NY 11501-4404
(516) 877-2225
Ref.: 08-W-001-JK and 08-W-002-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MCIS ZURICH INSURANCE BEHAD, a/s/o
MetTube Sdn. Bhd. and Seegrove International
Shippers,

                Plaintiffs,

    -against-

HANJIN SHIPPING CO., LTD.,

                Defendants.
------------------------------------------------------------X

Case No.

RULE 7.1 STATEMENT



PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

    None.

DATED:    April 29, 2008

                                            JAMES P. KRAUZLIS