9147/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCIS ZURICH INSURANCE BEHAD a/s/o MetTube Sdn. Bhd. and Seegrove International Shippers,<br>Plaintiff,<br>- against -<br>HANJIN SHIPPING CO. LTD.<br>Defendant. | 08 Civ. 4054 (LTS)<br><br>**RULE 7.1 STATEMENT** |

   Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for defendant Hanjin Shipping Co. Ltd., certify that Hanjin Shipping Co. Ltd. is a private (non-governmental) party, has no corporate parent, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
   May 16, 2008

            Respectfully submitted,

            CICHANOWICZ, CALLAN, KEANE,
            VENGROW & TEXTOR, LLP
            Attorneys for Defendant

            By: s/ Randolph H. Donatelli
              Randolph H. Donatelli (RD-5359)
            61 Broadway, Suite 3000
            New York, New York 10006-2802
            (212) 344-7042