9147/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MCIS ZURICH INSURANCE BEHAD a/s/o
MetTube Sdn. Bhd. and Seegrove International
Shippers,

          Plaintiff,

- against -

HANJIN SHIPPING CO. LTD.

          Defendant.

---

08 Civ. 4054 (LTS)

**STIPULATION AND ORDER**

Defendant's answer to plaintiff's complaint having been filed more than 10 days ago, the parties hereby stipulate and agree that defendant may file the attached Third-Party Complaint against Union Pacific Railroad Company within 30 days of the date this order is entered on the Court's docket.

Dated: New York, New York
    June 4, 2008

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant

By: _____
  Randolph H. Donatelli (RHD-5359)
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

BADIAK & WILL, LLP
Attorneys for Plaintiff

By: _____
  James P. Krauzlis (JK 4972)
106 Third Street
Mineola, New York 11501
(516) 877-2225

SO ORDERED: This 11 day of June 2008

_____
U.S.D.J.