Barry N. Gutterman, Esq. (BG6410)
Barry N. Gutterman & Associates, P.C.
Attorneys for Third-Party Defendant
Union Pacific Railroad Company
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MCIS ZURICH INSURANCE,<br><br>                    Plaintiff,<br>v.<br><br>HANJIN SHIPPING CO., LTD.<br><br>                    Defendant and Third-Party Plaintiff<br>v.<br><br>UNION PACIFIC RAILROAD COMPANY<br><br>                    Third-Party Defendant. | **08 Civ. 4054 (LTS)**<br><br><br><br><br><br><br>**Rule 7.1 Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Third-Party Defendant Union Pacific Railroad Company, a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Union Pacific Railroad Company or publicly held corporations that own 10% or more of Union Pacific Railroad Company's stock:

    **NONE**

Dated: New York, New York
       June 30, 2008

                                    By:    /s/ Barry N. Gutterman
                                            Barry N. Gutterman, Esq. (BG6410)
                                            Barry N. Gutterman & Associates, P.C.
                                            60 East 42nd Street, 46th Floor
                                            New York, New York 10165
                                            (212) 983-1466
                                            Attorneys for Third-Party Defendant
                                            Union Pacific Railroad Company

To:    James P. Krauzlis (JK 4972)
        Badiak & Will, LLP
        106 Third Street
        Mineola, New York 11501
        (516) 877-2225

        Attorneys for Plaintiff


        Randolph H. Donatelli (RHD-5359)
        Cichanowicz, Callan, Keane,
        Vengrow & Textor, LLP
        61 Broadway, Suite 3000
        New York, New York 10006-2802

        Attorneys for Defendant and Third-Party Plaintiff
        Hanjin Shipping Co., Ltd.

UP.2821.Add..7.1 Statement